# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAN CAO,<br><br>          Petitioner,<br><br>    v.<br><br>THE WARDEN OF DESERT VIEW FACILITY, et al.,<br><br>          Respondents. | Case No. 5:26-cv-02641-PA-SK<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT HABEAS PETITION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation to Grant Habeas Petition (R&R) and any relevant records as needed.  Respondents have affirmatively stated that they have no objection to the R&R.  (ECF 11).  As a result, the Court need not review de novo the findings and conclusions in the R&R.  *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

THEREFORE, the petition under 28 U.S.C. § 2241 is GRANTED in accordance with the R&R.  Petitioner Lian Cao (A# 246-072-253) is ORDERED released from Respondents' custody within 48 hours, subject to the same conditions of parole in effect at the time of his May 11, 2026 arrest and detention.  Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED:  June 5, 2026

_____
PERCY ANDERSON
United States District Judge