**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LIAN CAO,

        Petitioner,

    vs.

THE WARDEN OF DESERT VIEW
FACILITY, et al.

        Respondents.

CASE NO. 5:26-cv-02641-PA-SK

**JUDGMENT**

Pursuant to this Court's Order Accepting the unopposed Report and Recommendation to Grant the Petition for Writ of Habeas Corpus**, IT IS ADJUDGED** that the Petition is granted as set forth in that Order.

Respondents must therefore release petitioner Lian Cao (A# 246-072-253) from custody within 48 hours, subject to the same conditions of parole in effect at the time of his May 11, 2026 arrest and detention.

The Clerk of Court is instructed to close this case.

DATED:   June 5, 2026

_____
PERCY ANDERSON
United States District Judge